JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUE ZHEN ZHAO, <br><br> Plaintiff, <br><br> v. <br><br> JANET NAPOLITANO, Secretary of the Department of Homeland Security; et al., <br><br> Defendants. | No. C 09-0906 MEJ <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Defendants' answer. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 45 days, and that the case will be moot.

Accordingly, the parties respectfully ask this Court to extend the date of Defendants' answer by 45 days. If the case becomes moot, the parties will file a stipulation to dismiss. If the case is not administratively resolved, the Defendants will file their answer to Plaintiff's complaint. Defendants will file their answer on or before June 22, 2009.

///

///

///

Stip to Ext Time
C 09-0906 MEJ

| | | |
|---|---|---|
| 1 | Dated: April 30, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| | | ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney |
| | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: April 30, 2009 | _____/s/_____ |
| | | JUSTIN X. WANG |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 4, 2009

_____
MARIA ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Ext Time
C 09-0906 MEJ